UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | Civil Action No. 12-11274-DPW |

**DEFENDANTS' ASSENTED-TO MOTION FOR REASSIGNMENT AND TRANSFER
TO THE DISTRICT COURT JUDGE PRESIDING OVER A RELATED CASE**

The defendants hereby move for the Court to reassign and transfer this case to the Honorable Richard G. Stearns, who is presiding over a related case captioned, *NeuroGrafix et al. v. Philips Electronics North America Corporation et al.*, Civil Action No. 12-11065 (D. Mass.) ("the *Philips* case"). As grounds for this motion, the defendants state as follows:

1.  On July 11, 2012, the plaintiffs filed its complaint, which alleges that the defendants have been and are infringing the U.S. Patent No. 5,560,360 (the '360 patent"). On that same day, the plaintiffs also filed a Civil Cover Sheet in which they indicated that, under

LR 40.1(G)(1)-(2), the present case is related to the *Philips* case in which the same plaintiffs have asserted alleged infringement of the '360 patent by different defendants. *See* Civil Cover Sheet § VIII (Dkt. #1-2). The plaintiffs also filed a Category Form, apparently inadvertently, which indicated that there are no related cases. *See* Category Form § 3 (Dkt. #1-3). But the defendants believe that the Civil Cover Sheet is correct, and that this case is related to the *Philips* case.

2. Pursuant to LR 40.1(G)(3) and 40.1(I), this case should be reassigned and transferred to Judge Stearns, who is the district court judge presiding over the *Philips* case.

3. In addition, the defendants believe that, while there is currently a motion to transfer venue pending in the *Philips* case, the reassignment and transfer of this case to Judge Stearns will further the efficient performance of the business of the Court. In considering the *Philips* defendants' motion and the underlying pleadings, Judge Stearns will gain some familiarity with the facts and issues that underlie both the *Philips* case and the present case.

4. The defendants understand that motions to reassign and transfer to Judge Stearns other cases related to the *Philips* case are being filed in *NeuroGrafix et al. v. The Brigham and Women's Hospital, Inc. et al.*, Civil Action No. 12-11275-PBS (D. Mass.); *NeuroGrafix et al. v. Trustees of Boston University et al.*, Civil Action No. 12-11276-GAO (D. Mass.); and *NeuroGrafix et al. v. Trustees of Tufts College et al.*, Civil Action No. 12-11277-MLW (D. Mass.).

5. The plaintiffs have assented to this motion.

WHEREFORE, the Court should grant the defendants' motion to reassign and transfer this action to Judge Stearns.

- 3 -

    Respectfully submitted,

    BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

    By their attorney,

    */s/ Philip C. Swain*
    Philip C. Swain (BBO No. 544632)
    FOLEY HOAG LLP
    Seaport West
    155 Seaport Boulevard
    Boston, MA 02210-2600
    Tel: (617) 832-1000
    Fax: (617) 832-7000
    pswain@foleyhoag.com


    HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC. and BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.,

    By their attorneys,

    */s/ Patricia R. Rich*
    Anthony J. Fitzpatrick (BBO No. 564324)
    Patricia R. Rich (BBO No. 640578)
    Christopher S. Kroon (BBO No. 660286)
    Duane Morris LLP
    100 High Street, Suite 2400
    Boston, MA 02210-1724
    Tel: (857) 448-4200
    Fax: (857) 488-4201
    ajfitzpatrick@duanemorris.com
    prich@duanemorris.com

Dated: September 25, 2012    ckroon@duanemorris.com

ASSENTED TO :

*/s/ David S. Godkin*
David S. Godkin (BBO No. 196530)
Anne Marie Longobucco (BBO No. 649299)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
godkin@birnbaumgodkin.com
longobucco@birnbaumgodkin.com

Marc A. Fenster
Andrew D. Weiss
Fredricka Ung
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
mfenster@raklaw.com
aweiss@raklaw.com
fung@raklaw.com

*Counsel for the Plaintiffs*

### Certificate Pursuant to Local Rule 7.1(A)(2)

The undersigned hereby certifies that counsel for the defendants conferred with counsel for the plaintiffs, who assented to this motion.

*/s/ Philip C. Swain*

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on September 25, 2012.

/s/ Philip C. Swain