UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEUROGRAFIX, a California Corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California Corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC., a Massachusetts corporation; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC., a Massachusetts corporation; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC., a Massachusetts corporation; CAREGROUP, INC., a Massachusetts corporation; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION, a Massachusetts corporation; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, a Massachusetts corporation,<br><br>      Defendants. | Civil Action No. 1:12-cv-11274-RGS |

**THIRD ASSENTED-TO MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY
DEFENDANTS HARVARD MEDICAL FACULTY PHYSICIANS
AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC. AND
<u>BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.</u>**

Defendants Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical

Center, Inc. and Beth Israel Deaconess Physicians Organization, Inc. (collectively,

"Defendants"), by and through their undersigned attorneys, hereby move the Court for an

extension of time through and including October 23, 2012, in which to answer, move or

DM2\3831202.1

otherwise respond to the allegations in Plaintiffs' Complaint.  As grounds for this motion, Defendants state that the parties are engaged in discussions regarding the within complaint and the additional time will enable them to evaluate whether or not they can reach a mutually agreeable resolution or whether Defendants will need to respond to Plaintiffs' Complaint.  This motion is without prejudice to Defendants' rights to assert by motion or responsive pleading any of the defenses enumerated in Rule 12(b)(1)–(3) and (6)–(7) of the Federal Rules of Civil Procedure.  As this case is in the earliest stages, the granting of this motion will not affect the Court's hearing calendar.

Counsel for Plaintiffs has assented to this Motion.

Respectfully submitted

Dated:  October 9, 2012

HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC. and BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.,

By their attorneys,

/s/ Patricia R. Rich
Anthony J. Fitzpatrick (BBO# 564324)
Patricia R. Rich (BBO# 640578)
Christopher S. Kroon (BBO # 660286)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone:  857 488 4200
Fax:  857 488 4201
ajfitzpatrick@duanemorris.com
prich@duanemorris.com
ckroon@duanemorris.com

Of Counsel:

Matthew C. Jones
**DUANE MORRIS LLP**

30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215 979 1000
Fax: 215 979 1020


ASSENTED TO:


*/s/ David S. Godkin*
David S. Godkin (BBO No. 196530)
Anne Marie L:mgobucco (BBO No. 649299)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA  02210
Telephone: 617-307-6100
godkin@birnbaumgodkin.com
longobucco@birnbaumgodkin.com


Marc A. Fenter
Andrew D. Weiss
Fredericka Ung
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
mfenter@raklaw.com
aweiss@raklaw.com
fung@raklaw.com

*Counsel for the Plaintiffs*

## Certificate Pursuant to Local Rule 7.1(A)(2)

The undersigned hereby certifies that counsel for the movants conferred with counsel for the plaintiffs, who assented to this motion

/s/ Patricia R. Rich

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as unregistered participants on October 9, 2012.

/s/ Patricia R. Rich