UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California Corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California Corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BETH ISRAEL DEACONESS MEDICAL CENTER, INC., a Massachusetts corporation; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC., a Massachusetts corporation; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC., a Massachusetts corporation; CAREGROUP, INC., a Massachusetts corporation; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION, a Massachusetts corporation; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, a Massachusetts corporation, <br><br> Defendants. | Civil Action No. 1:12-cv-11274-RGS |

**MOTION TO DISMISS OF DEFENDANT HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(7) and 12(b)(6), Defendant

Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc. ("HMFP")

moves for dismissal of the complaint.  In support of its Motion, HMFP incorporates, as if fully

set forth herein, the content of and arguments made in:

1.     Motion to Dismiss By Defendants Beth Israel Deaconess Medical Center,

Caregroup, Inc., Beth Israel Deaconess Medical Center and Children's Hospital

Medical Care Corporation and Presidents and Fellows of Harvard College [D.N. 32];

2.    Defendants Beth Israel Deaconess Medical Center, Caregroup, Inc., Beth Israel Deaconess Medical Center and Children's Hospital Medical Care Corporation and Presidents and Fellows of Harvard College's Memorandum of Law in Support of Their Motion to Dismiss Under Rule 12(b)(1) and 12(b)(7), or Alternatively to Dismiss Under Rule 12(b)(6) [D.N. 37]; and

3.    Declaration of David E. Cole [D.N. 38].

For the reasons set forth therein, the Court should grant HMFP's motion to dismiss. Alternatively, if the Court does not grant the motion to dismiss, HMFP requests that the Court limit any discovery to the plaintiffs' claim of standing, so that the issue of the Court's subject matter jurisdiction can be resolved first.

Respectfully submitted

Dated:  October 23, 2012

HARVARD MEDICAL FACULTY PHYSICIANS
AT BETH ISRAEL DEACONESS MEDICAL
CENTER, INC.,

By its attorneys,

/s/ Patricia R. Rich
Anthony J. Fitzpatrick (BBO# 564324)
Patricia R. Rich (BBO# 640578)
Christopher S. Kroon (BBO # 660286)
**DUANE MORRIS** LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone:  857 488 4200
Fax:  857 488 4201
ajfitzpatrick@duanemorris.com
prich@duanemorris.com
ckroon@duanemorris.com

2

Of Counsel:

Matthew C. Jones
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215 979 1000
Fax: 215 979 1020

## Certificate Pursuant to Local Rule 7.1(A)(2)

The undersigned hereby certifies that counsel for the movants conferred with counsel for the plaintiffs, but was unable to narrow or resolve the issues presented by this motion.

                              */s/ Patricia R. Rich*

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as unregistered participants on October 23, 2012.

                              */s/ Patricia R. Rich*

DM2\3854988.1