UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　Defendants. | Civil Action No. 12-11274-RGS |

**DEFENDANTS' MOTION TO STAY THIS CASE PENDING
RESOLUTION OF RELATED MANUFACTURER CASES**

The defendants hereby move the Court to stay this case pending resolution of

*NeuroGrafix et al. v. Regents of the University of California*, C.A. No. 11-07591 (C.D. Cal.) (the

"*Regents* case"), *General Electric Co. v. NeuroGrafix et al.*, C.A. No. 12-04586 (C.D. Cal.) (the

"*GE* case"), and *NeuroGrafix et al. v. Philips Electronics North America Corporation et al.*,

C.A. No. 12-11065 (D. Mass.) ("the *Philips* case").

In support of this motion, the defendants state that this case concerns claims against the

customers and users of magnetic resonance imaging ("MRI") equipment. Resolution of the

*Regents*, *GE*, and *Philips* cases should conclusively resolve most, and potentially all, issues in

this case (i) through judgments of invalidity, non-infringement, and, potentially, unenforceability; (ii) in the event that the plaintiffs prevail against GE or Philips and are awarded damages, through exhaustion of the plaintiffs' patent rights, barring further recovery from the defendants; or (iii) through a global settlement with GE and Philips with licenses for customers, which type of settlement the plaintiffs have already entered into with another manufacturer, specifically, Siemens Medical Solutions USA, Inc.

Accordingly, this customer case should be stayed under the customer suit doctrine and because the three factors considered in issuing a stay also weigh in favor of doing so, i.e., this case is in its infancy; the manufacturer cases would likely simplify issues and might actually render this case moot; and the plaintiffs would not suffer any undue prejudice if a stay were issued.

WHEREFORE, for the foregoing reasons and the reasons set forth in the defendants' accompanying memorandum of law, the Court should stay this case pending resolution of the *Regents*, *GE*, and *Philips* cases.

The defendants note that they have moved to dismiss the Amended Complaint (Dkt. ##32 and 39).  If the Court were to stay these proceedings, it would not need to address those motions at this time.

### Request for Oral Argument

Pursuant to Local Rule 7.1(D), the defendants respectfully request that the Court schedule a hearing at its earliest convenience to address this motion.  The defendants believe that oral argument will assist the Court in resolving the issues herein.

Respectfully submitted,

Dated: October 29, 2012

BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

By their attorneys,

*/s/ Philip C. Swain*
Philip C. Swain (BBO No. 544632)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel.: (617) 832-1000
Fax: (617) 832-7000
pswain@foleyhoag.com
dcole@foleyhoag.com

HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.,

By its attorneys,

*/s/ Patricia R. Rich*
Anthony J. Fitzpatrick (BBO No. 564324)
Patricia R. Rich (BBO No. 640578)
Christopher S. Kroon (BBO No. 660286)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel.: (857) 488-4200
Fax: (857) 488-4201
ajfitzpatrick@duanemorris.com
prich@duanemorris.com
cskroon@duanemorris.com

*Of Counsel*:

Matthew C. Jones
DUANE MORRIS LLP
30 South 17 th Street
Philadelphia, PA 19103-4196
Tel:  (215) 979-1000
Fax:  (215) 979-1020

### Certification Pursuant to Local Rule 7.1(A)(2)

The undersigned hereby certifies that counsel for Defendants Beth Israel Deaconess Medical Center, Inc., CareGroup, Inc., Beth Israel Deaconess Medical Center and Children's Hospital Medical Care Corporation, and President and Fellows of Harvard College conferred with counsel for the plaintiffs, but was unable to narrow or resolve the issues presented by this motion.

*/s/ Philip C. Swain*

### Certification Pursuant to Local Rule 7.1(A)(2)

The undersigned hereby certifies that counsel for Defendant Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc. conferred with counsel for the plaintiffs, but was unable to narrow or resolve the issues presented by this motion.

*/s/ Patricia R. Rich*

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on October 29, 2012.

*/s/ Philip C. Swain*

B4064862v1