**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 12-11274-RGS |
| BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

# APPENDIX OF AFFIDAVITS IN SUPPORT OF DEFENDANTS' MOTION TO STAY THIS CASE PENDING RESOLUTION OF RELATED MANUFACTURER CASES

# TABLE OF CONTENTS

Tab No.

Declaration of David Alsop ....................................................................... 1

Declaration of Warren Manning ................................................................ 2

Declaration of Ron Alterman ..................................................................... 3

Declaration of Allen Reedy........................................................................ 4

Declaration of Kathleen M. Buckley ......................................................... 5

Declaration of Stuart A. Rosenberg ........................................................... 6

Declaration of Jamie Katz.......................................................................... 7

Declaration of John T. Szum...................................................................... 8

Declaration of Rachel Rosenblum ............................................................. 9

Declaration of Nicholas DiIeso................................................................ 10

Declaration of William Hallett................................................................. 11

Declaration of Cynthia Page .................................................................... 12

**<u>Certificate of Service</u>**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on October 29, 2012.

<u>/s/ David E. Cole</u>

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Defendants. | Civil Action No. 12-11274-RGS |

## DECLARATION OF DAVID ALSOP

I, David Alsop, declare and state as follows:

1.　　I am David Alsop, Director of Magnetic Resonance Research at Beth Israel Deaconess Medical Center, Inc., ("BIDMC MR Research").  I make this affidavit in support of the motion by defendant Beth Israel Deaconess Medical Center, Inc. ("BIDMC") and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.　　BIDMC is a non-profit academic medical center located in Boston, Massachusetts.

3.      BIDMC MR Research operates three Bruker Corporation ("Bruker") magnetic resonance imaging ("MRI") machines for imaging animals.  These machines have been used only for research, and not for commercial purposes or treating patients.  The Bruker machines are not currently used for diffusion tensor imaging, high-angular-resolution diffusion imaging, or q-ball.  After an investigation of their use, I was not able to find any evidence they have been used to perform any of these activities since 2010.  BIDMC Research also operates GE MRI machines which are shared by other BIDMC departments and referenced in the Declaration of Allen Reedy, dated October 1, 2012.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 16, 2012.


    /s/ David Alsop
David Alsop, Ph.D.
Director of Magnetic Resonance Research
Beth Israel Deaconess Medical Center, Inc.

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Defendants. | Civil Action No. 12-11274-DPW |

## DECLARATION OF WARREN MANNING

I, Warren J. Manning, declare and state as follows:

1.      I am Warren J. Manning, the Section Chief of Non-Invasive Cardiac Imaging and Testing at the Cardiology Division of Beth Israel Deaconess Medical Center, Inc ("BIDMC Cardiology").   I make this affidavit in support of the motion by defendant Beth Israel Deaconess Medical Center, Inc. ("BIDMC") and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.      BIDMC is a non-profit academic medical center located in Boston, Massachusetts.

3.   BIDMC Cardiology Division operates a Philips 1.5 Tesla magnetic resonance imaging ("MRI") machine, which is used exclusively for cardiac imaging and has never been used for diffusion tensor imaging, high-angular-resolution diffusion imaging, or q-ball.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 3, 2012.

_____

Warren J. Manning, MD
Section Chief, Non-invasive Cardiac
Imaging and Testing
Cardiovascular DivisionDepartment of
Medicine
Beth Israel Deaconess Medical Center, Inc.

2

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 12-11274-DPW |
| BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF RON ALTERMAN**

I, Ron Alterman, declare and state as follows:

1.      I am Ron Alternman the Chief of Neurosurgery at Beth Israel Deaconess Medical Center.   I make this affidavit in support of the motion by defendant Beth Israel Deaconess Medical Center, Inc. ("BIDMC") and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.      BIDMC is a non-profit academic medical center located in Boston, Massachusetts.

3.      BIDMC owns and/or operates a BrainLab system in the Neurosurgery Operating Rooms.  The BrainLab system is used for anatomical 3d navigation, and has never been used for diffusion tensor imaging.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 1, 2012.

Ron Alterman, M.D.
Chief of Neurosurgery

4

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | Civil Action No. 12-11274-DPW |

## DECLARATION OF ALLEN REEDY

I, Allen Reedy, declare and state as follows:

1.     I am Allen Reedy, Business Director of Radiology at Beth Israel

Deaconess Medical Center, Inc.   I make this affidavit in support of the motion by

defendant Beth Israel Deaconess Medical Center, Inc. ("BIDMC") and other defendants

to stay this case.   I base this affidavit on my personal knowledge unless otherwise stated.

2.     BIDMC is a non-profit academic medical center located in Boston,

Massachusetts.

3.     The Radiology Department at BIDMC owns and/or operates eight magnetic resonance imaging ("MRI") machines, which includes six machines manufactured by General Electric Company ("GE") and two machines manufactured by Siemens.  One of the GE machines is a mobile unit leased by BIDMC, the other five GE machines are owned by BIDMC.  One of the Siemens MRI units is owned by Beth Israel Radiological Foundation.  The five GE machines owned by BIDMC have GE eDWI-Enhanced Diffusion Weighted Imaging software installed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 1, 2012.

_Allen Reedy_  10/1/2012

Allen Reedy
Business Director of Radiology

5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEUROGRAFIX et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-11274-DPW |
| | ) | |
| BETH ISRAEL DEACONESS MEDICAL CENTER, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NEUROGRAFIX et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-11275-DPW |
| | ) | |
| THE BRIGHAM AND WOMEN'S HOSPITAL, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF KATHLEEN M. BUCKLEY

I, Kathleen M. Buckley, declare and state as follows:

1.     I am the Associate Provost for Science and Director of Academic Affairs for Interdisciplinary Science.  My responsibilities encompass overseeing cross-University science initiatives and serving as the liaison between the Office of the President and Provost and the science-intensive research schools, including the Faculty of Arts and Sciences, the Harvard School of Engineering and Applied Sciences, the Harvard Medical School, and the Harvard School of Public Health.  I make this affidavit in support of the motion by defendant President and Fellows of Harvard College ("Harvard") and other defendants to stay this case.  I have

personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Harvard is a charitable corporation established under the laws and Constitution of the Commonwealth of Massachusetts and is an educational institution located in Cambridge, Massachusetts.

3.      Harvard owns or licenses two magnetic resonance imaging ("MRI") machines, based on my review of Harvard records.  One MRI was manufactured by Siemens AG and is located at the Center for Brain Science, within Harvard University's Faculty of Arts and Sciences.  Harvard leases this machine from Siemens Medical Solutions USA, Inc.  The other machine is owned by Harvard and located at the Harvard Medical School's New England Primate Research Center and was manufactured by EchoMRI.  To the best of my knowledge, this machine does not perform diffusion tensor imaging, high-angular-resolution diffusion imaging or q-ball imaging; rather, the machine generates only numeric data and not images.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 2, 2012.

By: _____
Kathleen M. Buckley
Associate Provost for Science and
Director of Academic Affairs for
Interdisciplinary Science

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPH INSTITUTE MEDICAL ASSOCIATES, INC., a California Corporation; and IMAGE-BASED SURGICENTER CORPORATION, A California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, a Massachusetts corporation; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC., a Massachusetts corporation, CAREGROUP, INC., a Massachusetts corporation; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION, a Massachusetts corporation; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, a Massachusetts Corporation<br><br>        Defendants. | Civil Action No. 12-11274-RGS |

AFFIDAVIT OF STUART A. ROSENBERG, M.D.

I, Stuart A. Rosenberg, M.D., based on personal information do hereby depose and state as follows:

1.     I am the President of Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc. ("HMFP").

2.     HMFP is a Massachusetts non-profit corporation which employs substantially all of the physicians who are on the medical staff of the Beth Israel Deaconess Medical Center, Inc.

3.     The physicians who are employed by HMFP are from a number of specialty areas.

4.       One such specialty area is radiology and includes the radiologists who work in the Department of Radiology at Beth Israel Deaconess Medical Center, Inc.

5.       HMFP does not own or lease any magnetic resonance imaging ("MRI") machines.

6.       The radiologists who are employed by HMFP use two Siemens MRI machines that are owned/leased by B.I.H. Radiologic Foundation, Inc., a non-profit corporation of which HMFP is the sole member, and have used the MRI machines located at the Beth Israel Deaconess Medical Center, Inc. and Beth Israel Deaconess Hospital-Needham.

SIGNED ON THIS 25th DAY OF OCTOBER 2012 UNDER THE PAINS AND PENALTIES OF PERJURY

_____
STUART A. ROSENBERG, M.D.

H:\3858211_1 DOCX.docx

7

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 12-11274-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JAMIE KATZ

I, Jamie Katz, declare and state as follows:

1.　　I am Jamie Katz, General Counsel of Beth Israel Deaconess Medical Center, Inc., I make this affidavit in support of the motion by defendant Beth Israel Deaconess Medical Center and Children's Hospital Care Corporation ("BID-Children's") and other defendants to stay this case. I base this affidavit on personal information and belief.

2.　　BID-Children's does not own or use, and has never owned or used, any magnetic resonance imaging ("MRI") machine or related software.

3.      BID-Children's has never performed diffusion tensor imaging, high-angular-resolution diffusion imaging, or q-ball using MRI machines.

4.      No one performs diffusion tensor imaging, high-angular-resolution diffusion imaging or q-ball using MRI machines on behalf of BID-Children's.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 5, 2012.

By:  _____
     Jamie Katz
     General Counsel
     Beth Israel Deaconess Medical Center

- 2 -

8

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 12-11274-RGS |

## DECLARATION OF JOHN T. SZUM

I, John T. Szum, on October 15, 2012, declare and state as follows:

1.     I am John T. Szum, Executive Vice President and Chief Financial Officer of CareGroup, Inc.  I make this affidavit in support of the motion by defendant CareGroup, Inc. ("CareGroup") and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.     CareGroup is a Massachusetts non-profit corporation and is a Section 501 (c) (3) tax exempt organization.

3.      CareGroup, Inc. does not own, lease or use any MRI machines or related software.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on [date].

_____
John T. Szum
Executive Vice President and CFO

9

Declaration of Rachel Rosenblum

I, Rachel Rosenblum, declare and state as follows:

1.       I base this affidavit on my personal knowledge unless otherwise stated.

2.       I am currently employed by the New England Baptist Hospital ("NEBH"), a hospital which focuses and specializes in orthopedics. I am the Vice President of Ambulatory and Ancillary Services.  In that capacity, I have administrative responsibility for the Department of Radiology.

3.       NEBH operates three magnetic resonance imaging ("MRI") machines, all of which are leased from General Electric.

4.       NEBH does not perform diffusion tensor imaging or diffusion anisotrophy based tractography.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2012.

Rachel Rosenblum
Vice President of Ambulatory and Ancillary Services

10

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, | ) ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) | Civil Action No. 12-11274-RGS |
| BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## DECLARATION OF NICHOLAS DIIESO

I, Nicholas DiIeso, declare and state as follows:

1.       I am the Chief Operating Officer of Mount Auburn Hospital.   I make this affidavit in support of the motion by defendant CareGroup, Inc. and other defendants to stay this case. I base this affidavit on my personal knowledge unless otherwise stated.

2.       Mount Auburn Hospital owns one (1) MRI machine manufactured by entities affiliated with Philips Electronics North America Corporation ("Philips") and, one (1) MRI machine manufactured by General Electric Co. ("GE").

- 1 -

3.      The GE machine uses CTT Linux 6.3.8 and Signa HDxT 5.0m4a_0947 software.

4.      The Philips machine uses Microsoft Windows XP Professional x64 Edition,

Version 5.2.3790; Application Software R2.6.3.7.

5.      Mount Auburn Hospital does not perform diffusion tensor imaging or diffusion

anisotropy based tractography.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 15,

2012.


Nicholas DiIeso
Chief Operating Officer

11

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 12-11274-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF WILLIAM HALLETT

I, William Hallett, declare and state as follows:

1.    I am William Hallett the Director of Radiology at Beth Israel Deaconess Hospital – Needham, Inc. ("BIDH-Needham").   I make this affidavit in support of the motion by defendant Beth Israel Deaconess Medical Center, Inc. ("BIDMC") and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.    BIDH-Needham is a non-profit hospital located in Needham, Massachusetts.

3.     BIDH-Needham owns and/or operates one Siemens magnetic resonance

imaging scanner.

I declare under penalty of perjury that the foregoing is true and correct.  Executed

on October _1_, 2012.

William Hallett
Director of Radiology
Beth Israel Deaconess Hospital – Needham

2

12

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 12-11274-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CYNTHIA PAGE

I, Cynthia Page, declare and state as follows:

1.     I am Cynthia Page, Vice President of Clinical and Support Services at Beth Israel Deaconess Hospital – Milton, Inc. ("BID-Milton").   I make this affidavit in support of the motion by defendant Beth Israel Deaconess Medical Center, Inc. ("BIDMC") and other defendants to stay this case.   I base this affidavit on my personal knowledge unless otherwise stated.

2.     BID-Milton is a non-profit hospital located in Milton, Massachusetts.

3.    BID-Milton owns and/or operates one Philips 1.5 T magnetic resonance imaging ("MRI") machine.  BID-Milton uses the Phillips machine for diffusion weighted imaging.  The software used for this imaging is Phillips MR Systems Achieva 3.2.2.0 Release Software.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 3, 2012.

Cynthia Page
Vice President, Clinical/Support Services
Beth Israel Deaconess Hospital – Milton

2