UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 12-11274-RGS |
| BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, the defendants respectfully request that the Court grant them leave to file under seal the following documents:

- Defendants' Motion for Leave to File a Reply Memorandum in Support of Their Motion to Dismiss, and the proposed reply memorandum (attached thereto as an exhibit); and

- Defendants' Reply Memorandum, in the event that the Court grants leave to file.

As grounds for this motion, the defendants state that these documents refer to a matter already under seal, as well as to the content of six agreements that were provided by the

- 2 -

plaintiffs' counsel on an "attorneys' eyes only" basis and which the plaintiffs consider confidential. The plaintiffs have assented to this motion.

The defendants therefore request that the above-mentioned materials be impounded until further order of the Court.

WHEREFORE, the defendants request that the Court grant them leave to file the above-referenced documents under seal.

Respectfully submitted,

Dated: November 21, 2012

BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

By their attorneys,

*/s/ Philip C. Swain*
Philip C. Swain (BBO No. 544632)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel.: (617) 832-1000
Fax: (617) 832-7000
pswain@foleyhoag.com
dcole@foleyhoag.com

HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.,

By its attorneys,

*/s/ Patricia R. Rich*
Anthony J. Fitzpatrick (BBO No. 564324)
Patricia R. Rich (BBO No. 640578)
Christopher S. Kroon (BBO No. 660286)
DUANE MORRIS LLP

100 High Street, Suite 2400
Boston, MA 02110-1724
Tel.: (857) 488-4200
Fax: (857) 488-4201
ajfitzpatrick@duanemorris.com
prich@duanemorris.com
cskroon@duanemorris.com

*Of Counsel*:

Matthew C. Jones
DUANE MORRIS LLP
30 South 17 th Street
Philadelphia, PA 19103-4196
Tel: (215) 979-1000
Fax: (215) 979-1020

- 4 -

**Certification Pursuant to Local Rule 7.1**

      The undersigned hereby certifies that counsel for the defendants conferred with counsel for the plaintiffs, and that counsel for the plaintiffs assents to this motion.

                                                      */s/ Philip C. Swain*

**Certificate of Service**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on November 21, 2012.

                                                      */s/ Philip C. Swain*

B4073340v1